4-21-06

Robert Barth
Clerk of Court
U.S. District Court
Western Pa.

Dear Mr. Barth,
I'm replying to your letter of 4-3-06 Case # 00cv584 Pagniello v.s. Sentry Ins. Co. I am seeking a motion to have my case re-assigned.

Thank you,
Dominik Pagniello Jr.
8902 Lost Valley Dr.
Mars, Pa. 16046

724-779-6818