



U.S. District Court
Office of Clerk
Western Pa.
P.O. Box 1805
P.TT, PA. 15230

D. Pagnielle
8908 Lor Valley Drive
Mars, PA 16046